# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**NINA DIANE RILEY**                                                                                    **PLAINTIFF**

**VS.**                                          **4:15-CV-00029-BRW-JTR**

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                                                                **DEFENDANT**

## ORDER

The Court has reviewed the Recommended Disposition (Doc. No. 17) submitted by United States Magistrate Judge Tom Ray. No objections were filed and the time for doing so has passed.. After careful consideration, the Court concludes that the Recommended Disposition is approved and adopted in its entirety as this Court's findings in all respects.

Accordingly, Plaintiff's complaint against Defendant is DISMISSED with prejudice.

IT IS SO ORDERED this 18th day of December, 2015.

                                                    /s/ Billy Roy Wilson
                                                    UNITED STATES DISTRICT JUDGE